UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-05-73-B-W |
| | ) | |
| CHRISTOPHER SMITH | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 6, 2006 her Recommended Decision on Defendant's Motion to Suppress and Supplemental Motion to Suppress and Dismiss. (Docket # 43). The Defendant filed his objections to the Recommended Decision on March 31, 2006 and the Government filed its response to those objections on April 17, 2006. (Docket # 64, 65). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.[1]

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Defendant's Motion to Suppress (Docket # 21) is DENIED.

3. It is further ORDERED that Defendant's Supplemental Motion to Suppress and Motion to Dismiss (Docket # 23) is DENIED.

---

[1] The Government argues this Court should affirm Magistrate Judge Kravchuk's Recommended Decision, because it "is not clearly erroneous, nor contrary to law . . . ." *Govt.'s Resp. to Def.'s Obj. to Rec. Dec.* at 1 (Docket # 65). The standard of review, however, is de novo. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(1), (3) (stating that "[a] district judge may refer to a magistrate judge for recommendation . . . a motion to suppress evidence," but that "[t]he district judge must consider de novo any objection to the magistrate judge's recommendation").

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2006